# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS J. WHITE,<br><br>    Plaintiff,<br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social<br>Security Administration,<br><br>    Defendant. | ) No. EDCV 14-2592-AS<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED, without benefits, for further proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g) consistent with the Opinion filed concurrently herewith.

Dated:   December 14, 2015.

                              /s/
                          ALKA SAGAR
                   UNITED STATES MAGISTRATE JUDGE

1